ACCEPTED
03-14-00530-CR
5997211
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/9/2015 12:24:08 PM
JEFFREY D. KYLE
CLERK

**No. 03-14-00530-CR**

IN THE

COURT OF APPEALS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
7/9/2015 12:24:08 PM
JEFFREY D. KYLE
Clerk

THIRD DISTRICT OF TEXAS

AUSTIN, TEXAS

| | | |
|---|---|---|
| GRAHAM JAY SONNENBERG | § | APPELLANT |
| VS. | § | |
| STATE OF TEXAS | § | APPELLEE |

APPEAL FROM THE 427TH JUDICIAL DISTRICT COURT

TRAVIS COUNTY, TEXAS

CAUSE NO. D1-DC-14-904026

## STATE'S SECOND MOTION FOR EXTENSION OF TIME

**TO THE HONORABLE COURT OF APPEALS:**

The State of Texas respectfully moves for an extension of the deadline for filing the State's brief and, in accordance with Texas Rules of Appellate Procedure 38.6 and 10.5(b), advises the Court as follows:

(a) Following his convictions for Aggravated Assault Bodily Injury with a Deadly Weapon and Assault Strangulation, the appellant filed his notice of appeal in the above cause on August 15, 2014. Appellant's counsel filed a brief on May 11, 2015.

1

(b)     The State's brief is currently due on **July 10, 2015**.

(c)     This request is that the deadline for filing the State's brief be extended by **30 days**.

(d)     The number of previous extensions of time granted for submission of the **State's** brief is: **one**.

(e)     The State relies upon the following facts to reasonably explain the need for an extension of the deadline:

1. During the period since the appellant's brief was filed, the undersigned attorney has completed and filed an original brief in another pending appellate case, (i.e. *Eric Robertson v. State of Texas,* No. 07-15-00030-CR). The undersigned attorney has also completed and filed a motion for rehearing in another pending appellate case, (i.e. *Gerald Christopher Zuliani v. State of Texas,* No. 03-13-00490-CR to 03-13-00493-CR and 03-13-00495-CR). The undersigned attorney is also responsible for preparing the State's brief in two other pending appellate cases (i.e. *Christopher Roberts v. State of Texas,* No. 03-14-00637-CR; and *Terrell Maxwell v. State of Texas,* No. 03-14-00586-CR).

2. In addition, the undersigned attorney, as the director of the Appellate Division of the Travis County District Attorney's Office, has been required, during the

pendency of the instant appeal, to spend a considerable amount of time working on a variety of other legal matters and administrative issues.

3.  This request is not made for the purpose of delay, but to ensure that the Court has a proper State's brief to aid in the just disposition of the above cause.

WHEREFORE, the State of Texas respectfully requests that the deadline for filing the State's brief be extended to **August 10, 2015.**

Respectfully submitted,

ROSEMARY LEHMBERG
District Attorney
Travis County, Texas

*/s/ M. Scott Taliaferro*
M. Scott Taliaferro
Assistant District Attorney
State Bar No. 00785584
P.O. Box 1748
Austin, Texas 78767
(512) 854-9400
Fax No. (512) 854-4810
Scott.Taliaferro@traviscountytx.gov
AppellateTCDA@traviscountytx.gov

## CERTIFICATE OF COMPLIANCE

Pursuant to Texas Rule of Appellate Procedure 9.4(i), I hereby certify, based upon the computer program used to generate this motion, that this motion contains 347 words, excluding words contained in those parts of the motion that Rule 9.4(i) exempts from inclusion in the word count. I certify, further, that this motion is printed in a conventional, 14-point typeface.

*/s/ M. Scott Taliaferro*
M. Scott Taliaferro
Assistant District Attorney

## CERTIFICATE OF SERVICE

I hereby certify that, on the 10th day of July, 2015, a true and correct copy of this motion was served, by U.S. mail, electronic mail, facsimile, or electronically through the electronic filing manager, to the Appellant's attorney, Don Morehart, Attorney at Law, 316 W. 12th Street, Suite 313, Austin, Texas 78701, [Don@MorehartLaw.com].

*/s/ M. Scott Taliaferro*
M. Scott Taliaferro
Assistant District Attorney